# EXHIBIT 5

**ROSENFELD, HAFRON, SHAPIRO & FARMER**
221 North La Salle Street
Suite 1763
Chicago, Illinois 60601

Ph:312-372-6058    Fax:312-641-3139

Iain Walker
P.O. Box 6032
Swanborne, Western Australia
6010

February 4, 2013

**Attention:**

File #: 111041
Inv #: 609646

**RE:** Norene Walker vs. Iain Walker (Dissolution)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|