# NORENE WALKER MOTION TO COMPEL

## GROUP EXHIBIT 3

# PETITIONER'S PRODUCTION OF REDACTED INVOICES FROM THE ROSENFELD FIRM

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | | 0.40 | 120.00 | JGM |
| | | 0.25 | 75.00 | JGM |
| Nov-23-11 | | 0.25 | 0.00 | KDF |
| Nov-24-11 | | 0.75 | 281.25 | KDF |
| Nov-29-11 | | 0.50 | 187.50 | KDF |
| | | 0.10 | 10.00 | DCW |
| Nov-30-11 | | 1.50 | 525.00 | AJH |
| Dec-01-11 | Telephone call to co-counsel re: status of transcript. | 0.25 | 75.00 | JGM |
| | E-mail to court reporter re: 7th Circuit Transcript into short. | 0.25 | 75.00 | JGM |
| | Telephone call to court reporter re: dates requested for Appeal. | 0.25 | 75.00 | JGM |
| | E-mail to co-counsel re: Record on Appeal. | 0.25 | 75.00 | JGM |
| | Totals | 20.60 | $6,146.25 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Nov-03-11 | RL III, LTD<br>Transcript fee | 488.75 |
| Dec-05-11 | RL III, LTD<br>Transcript 9.27 and 28; 5.18 | 747.70 |
| Dec-15-11 | Laura Lacien, /RL III, LTD<br>Transcript 9.27.11 | 58.20 |
| | Totals | $1,294.65 |

**Total Fee & Disbursements** $7,440.90
Previous balance due from last bill/invoice (+) $16,537.64

|  |  |  | 0.25 | 125.00 | KDF |
|---|---|---|---|---|---|
|  | Prepared for court. |  | 0.25 | 125.00 | KDF |
| Jan-26-12 | E-mail from and to client re: withdrawal and prepare a Motion to Withdraw and notice up for hearing date on all pending motions. |  | 0.50 | 250.00 | KDF |
| Jan-27-12 |  |  | 0.25 | 0.00 | KDF |
| Jan-30-12 | Review of e-mail to client and respond re: appeal. |  | 0.25 | 125.00 | KDF |
|  | Review of Petition for Rule to Show Cause re: discovery and letter to client re: same. |  | 0.25 | 125.00 | KDF |
|  | Totals |  | 6.10 | $2,818.75 |  |

## DISBURSEMENTS

| Jan-09-12 | Chicago Messenger Service, Inc. | 6.95 |
|---|---|---|
| Jan-31-12 | Chicago Messenger Service, Inc. - delivery | 19.05 |
|  | photocopies (@ $0.15 each) |  |
|  | Totals | $26.00 |

| **Total Fee & Disbursements** | $2,844.75 |
|---|---|
| Previous balance due from last bill/invoice | (+) $20,299.29 |
| **Total amount received since last bill********************** | (-) $16,312.00 |
| **Balance Now Due** | $6,832.04 |

## ROSENFELD, HAFRON, SHAPIRO & FARMER
221 North La Salle Street
Suite 1763
Chicago, Illinois 60601

Ph:312-372-6058　　　　Fax:312-641-3139

Iain Walker　　　　　　　　　　　　　　　　　　　　　　May 1, 2012
P.O. Box 6032
Swanborne, Western Australia
6010

**Attention:**　　　　　　　　　　　　　　　　　File #:　　111041
　　　　　　　　　　　　　　　　　　　　　　　Inv #:　　508659

**RE:**　　Norene Walker vs. Iain Walker (Dissolution)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr-17-12 | | 0.25 | 125.00 | KDF |
| Apr-19-12 | Review of Motion to Dismiss Appeal and cases cited by opposing counsel. | 2.75 | 0.00 | KDF |
| Apr-25-12 | Review of Response to Motion to Dismiss Appeal. | 0.25 | 125.00 | KDF |
| | Totals | 3.25 | $250.00 | |

**Total Fee & Disbursements**　　　　　　　　　　　　　　　　　$250.00
Previous balance due from last bill/invoice　　　　　　(+)　　$3,944.25
Total amount received since last bill*******************　　(-)　　$0.00

**Balance Now Due**　　　　　　　　　　　　　　　　　　　　$4,194.25

## ROSENFELD, HAFRON, SHAPIRO & FARMER
221 North La Salle Street
Suite 1763
Chicago, Illinois 60601

Ph:312-372-6058     Fax:312-641-3139

Iain Walker
P.O. Box 6032
Swanborne, Western Australia
6010

January 3, 2013

**Attention:**

File #:  111041
Inv #:   609483

**RE:** Norene Walker vs. Iain Walker (Dissolution)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-16-12 | Review of decision. | 0.50 | 262.50 | HHR |
|  | Review of Appellate Decision and two conferences with Howard H. Rosenfeld re: same. | 0.75 | 375.00 | KDF |
|  | Conference with Howard H. Rosenfeld and review of Iain Walker's decision. | 0.50 | 187.50 | ZMK |
| Nov-18-12 | Review of Appellate decision. | 0.75 | 0.00 | SRD |
| Nov-19-12 |  | 0.25 | 125.00 | KDF |
| Nov-20-12 | Telephone call with Paul Bargiel re: next steps in Appellate proceedings. | 0.25 | 125.00 | KDF |
|  |  | 0.25 | 0.00 | KDF |
|  |  | 0.25 | 0.00 | KDF |
| Nov-21-12 | Telephone call with client re: status. | 0.25 | 131.25 | HHR |
|  | Conference with Howard H. Rosenfeld and review of e-mail from client and call file from warehouse. | 0.25 | 0.00 | KDF |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Nov-30-12 | Review of client's prior e-mail for phone conference with Paul Bargiel and phone call with Paul Bargiel. | 0.25 | 125.00 | KDF |
| Dec-06-12 | Voicemail from and phone call to Amanda Dwyer from State Department re: status of proceedings. | 0.25 | 125.00 | KDF |
| | E-mail from Paul Bargiel and respond and review of Appellate Court Order re: fees. | 0.25 | 0.00 | KDF |
| Dec-13-12 | Review of pending motions in appellate court and court orders. | 0.25 | 125.00 | KDF |
| | Review of Circuit Court proceedings to determine status of attachment orders, etc. | 0.50 | 250.00 | KDF |
| | E-mails to Howard H. Rosenfeld re: status of case and Circuit Court proceedings. | 0.25 | 0.00 | KDF |
| Dec-26-12 | | 0.25 | 125.00 | KDF |
| | | 0.25 | 0.00 | KDF |
| | | 0.25 | 0.00 | KDF |
| | | 0.25 | 0.00 | KDF |
| | Totals | 6.75 | $1,956.25 | |

**Total Fee & Disbursements**     $1,956.25

Previous balance due from last bill/invoice    (+) $3,894.25

Total amount received since last bill******************    (−) $0.00

**Balance Now Due**     $5,850.50

# ROSENFELD, HAFRON, SHAPIRO & FARMER
221 North La Salle Street
Suite 1763
Chicago, Illinois 60601

Ph:312-372-6058     Fax:312-641-3139

Iain Walker
P.O. Box 6032
Swanborne, Western Australia
6010

February 28, 2013

**Attention:**

File #: 111041
Inv #: 609882

**RE:** Norene Walker vs. Iain Walker (Dissolution)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-31-13 | | 0.25 | 125.00 | KDF |
| | Review of minute order from District Court. | 0.25 | 125.00 | KDF |
| | Numerous e-mails between me and Joshua G. Miller to orchestrate Monday court appearance. | 0.25 | 0.00 | KDF |
| | Review new filings. | 1.00 | 350.00 | VLH |
| | Court preparation - Order setting case before Judge Matthew Kennelly in Federal Court. | 0.20 | 25.00 | DCW |
| Feb-01-13 | Review of letter from opposing counsel to Judge and interrogatories and e-mails from and to Howard H. Rosenfeld re: all of the documents sent yesterday by opposing counsel. | 0.50 | 250.00 | KDF |
| | Review of all motions noticed up by opposing counsel for Monday and prepare for hearing and status on Monday. Correspondence with Howard H. Rosenfeld and Howard H. Rosenfeld re: same and request of necessary documents for hearing. | 4.50 | 2,250.00 | KDF |
| | E-mails from and to Mary J. Becerra (Administrative Assistant) and Howard H. | 0.50 | 0.00 | KDF |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Rosenfeld and Joshua G. Miller re: documents filed in court yesterday. | | | |
| | Review previous Judge's appellate decisions. | 2.00 | 700.00 | VLH |
| Feb-04-13 | Court appearance. | 1.50 | 600.00 | VLH |
| Feb-05-13 | Review of both Citations to Discover Assets, meet with Sheriff and memo to Howard H. Rosenfeld. | 0.50 | 250.00 | KDF |
| | 2nd e-mail to client re: Citation and we have no assets to turn over. | 0.25 | 125.00 | KDF |
| | Telephone call with client. | 0.25 | 125.00 | KDF |
| | | 0.25 | 0.00 | KDF |
| Feb-06-13 | E-mail from and to client re: no stay of Cook County proceedings. | 0.25 | 125.00 | KDF |
| Feb-08-13 | Conference with Joshua G. Miller re: opposing counsel's 5th Affirmative Defense. | 0.25 | 87.50 | VLH |
| Feb-11-13 | Review previous court orders and pleadings respond to 5th affirmative defense. | 2.75 | 962.50 | VLH |
| Feb-12-13 | Legal research re: Motion to Disqualify. | 1.00 | 350.00 | VLH |
| | Draft Motion to Strike Discovery. | 1.00 | 350.00 | VLH |
| Feb-14-13 | Review and revise Motion to Dismiss Discovery and Response to 5th Affirmative Matter and e-mail to Vanessa L. Hammer re: same. | 0.50 | 250.00 | KDF |
| | | 0.25 | 0.00 | KDF |
| | Draft Response to Motion to Disqualify. | 2.50 | 875.00 | VLH |
| | Legal research. | 2.00 | 700.00 | VLH |
| Feb-15-13 | Review of Response to Motion to Disqualify and e-mail to Vanessa L. Hammer re: same. | 0.25 | 125.00 | KDF |